JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169
    Melanie.Proctor@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DALI ZHEN, | ) | No. C 09-6093 EMC |
|        Petitioner, | ) | |
| | ) | |
|   v. | ) | STIPULATION TO DISMISS PURSUANT |
| | ) | TO FED. R. CIV. P. 41(a) |
| JANET NAPOLITANO, Secretary, | ) | |
| Department of Homeland Security, et al., | ) |   ORDER |
| | ) | |
|        Respondents. | ) | |
| _____ | ) | |

///

///

///

///

///

///

///

///

///

///

///

///

Petitioner, by and through her attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: March 2, 2010                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents


Dated: March 2, 2010                    _____/s/_____
FRANK M. TSE
Attorney for Petitioner

IT IS SO ORDERED:



_____
Edward M. Chen
U.S. Magistrate Judge

_____

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.