1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    MELANIE L. PROCTOR (CSBN 228971)
     Assistant United States Attorney
4
5            450 Golden Gate Avenue, Box 36055
             San Francisco, California 94102-3495
             Telephone: (415) 436-6730
6            FAX: (415) 436-7169
             Melanie.Proctor@usdoj.gov
7
     Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
     DALI ZHEN,                          )   No. C 09-6093 EMC
12                                       )
                         Petitioner,     )
13                                       )
           v.                            )   STIPULATION TO DISMISS PURSUANT
14                                       )   TO FED. R. CIV. P. 41(a)
     JANET NAPOLITANO, Secretary,        )
15   Department of Homeland Security, et al., )   ORDER
                                         )
16                       Respondents.    )
     _____ )
17
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

     STIPULATION
     No. C 09-06093 EMC

1   Petitioner, by and through her attorney of record, and Respondents, by and through their

2   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3   entitled action without prejudice, pursuant to Fed. R. Civ. P. 41(a).

4   Dated: March 2, 2010                     Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7                                            _____/s/_____
                                             MELANIE L. PROCTOR[1]
8                                            Assistant United States Attorney
                                             Attorneys for Respondents
9

10  Dated: March 2, 2010                     _____/s/_____
11                                           FRANK M. TSE
                                             Attorney for Petitioner
12

13  IT IS SO ORDERED:

14  

15  _____
16  Edward M. Chen
    U.S. Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28  _____
    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 09-06093 EMC                    2